**WHITE FLEISCHNER & FINO, LLP**  61 BROADWAY, NEW YORK, NY 10006
T 212.487.9700   F 212.487.9777   WWW.WFF-LAW.COM

December 8, 2011

Ellsworth F. Lank, Jr.
1907 Cameron Ridge Road
Hanover, MD 21076

Atlantic Fine Art Services, Inc.
1907 Cameron Ridge Road
Hanover, MD 21076

Re:   Interested Underwriters at Lloyd's, London v. Atlantic Fine Arts Services Inc.
      Docket No. 11-CV-0569
      Our File No.: 999-8872S

Dear Sirs:

Enclosed please find a copy of the Electronic Order of the Honorable Dora Irizarry which has adopted the Report and Recommendations of Magistrate Judge Ramon E. Reyes, Jr. and granted Plaintiff's motion for a default judgment in the above-referenced action.

Very truly yours,

WHITE FLEISCHNER & FINO, LLP

Evan A. Richman
erichman@wff-law.com

## Evan A. Richman

| | |
|---|---|
| **From:** | ecf_bounces@nyed.uscourts.gov |
| **Sent:** | Wednesday, December 07, 2011 5:48 PM |
| **To:** | nobody@nyed.uscourts.gov |
| **Subject:** | Activity in Case 1:11-cv-00569-DLI-RER Interested Underwriters at Lloyds, London et al v. Atlantic Fine Arts Services, Inc. et al Order Adopting Report and Recommendations |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 12/7/2011 at 5:48 PM EST and filed on 12/7/2011

| | |
|---|---|
| **Case Name:** | Interested Underwriters at Lloyds, London et al v. Atlantic Fine Arts Services, Inc. et al |
| **Case Number:** | 1:11-cv-00569-DLI-RER |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
ORDER ADOPTING [14] Report and Recommendations AND GRANTING [9] Motion for Entry of Default - No objections were filed to the Report and Recommendation ("R & R") issued on November 18, 2011 by the Hon. Ramon E. Reyes, Jr., U.S.M.J., and, upon due consideration, the R & R is hereby adopted in its entirety. Accordingly, plaintiff's motion for entry of default judgment is GRANTED and judgment is GRANTED in favor of plaintiff against defendants Atlantic Fine Arts Services, Inc. and Ellsworth F. Lank, Jr., jointly and severally, in the amount of $795,000.00 in damages, $50,181.12 in prejudgment interest, and $196.02 per diem in interest from August 1, 2011 until the date of entry of final judgment. Plaintiff is hereby directed to serve a copy of this Electronic Order on the defendants within five (5) days of the date of this Order and immediately thereafter electronically file proof of such service with the court via ECF. The Clerk of the Court is directed to enter judgment in favor of plaintiff and to close this case. SO ORDERED by Judge Dora Lizette Irizarry on 12/7/2011. (Irizarry, Dora)

**1:11-cv-00569-DLI-RER Notice has been electronically mailed to:**

Evan Asher Richman Erichman@wff-law.com, Info@wff-law.com

**1:11-cv-00569-DLI-RER Notice will not be electronically mailed to:**

12/8/2011

STATE OF NEW YORK )

COUNTY OF NEW YORK ) ss:

**Julia N. Bryant**, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in Brooklyn, New York.

That on December 8, 2011 deponent served the within **Letter and Court's Report and Recommendation** upon the attorneys listed by depositing same in an official depository under the exclusive care and custody of the United State Postal Service within the State of New York in a prepaid envelope, addressed to the attorneys and parties listed below at the addresses designated by them as the addresses for service of papers.

TO:

Ellsworth F. Lank, Jr.  
1907 Cameron Ridge Road  
Hanover, MD 21076

Atlantic Fine Art Services, Inc.  
1907 Cameron Ridge Road  
Hanover, MD 21076

_____  
Julia N. Bryant

Sworn to before me this  
8th day of December, 2011

_____  
-Notary Public-

WENDY A. JANTZ  
Notary Public, State of New York  
No. 01JA5038412  
Qualified in Richmond County  
Commission Expires January 23, 20__