

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ DEC 13 2011 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
INTERESTED UNDERWRITERS AT
LLOYD'S, LONDON subscribing to policy
number BO5801C0917980, As subrogee of
AMSHIELD LIMITED, MOHAN MURJANI,
and GUNI MURJANI,

                Plaintiff,

-against-

ATLANTIC FINE ARTS SERVICES, INC. and
ELLSWORTH F. LANK, JR.,

                Defendants.
------------------------------------------------------------------X

JUDGMENT
11-CV- 0569 (DLI)

      An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on December 7, 2011, adopting in its entirety the unopposed Report and Recommendation of Magistrate Judge Ramon E. Reyes, Jr., dated November 18, 2011; granting Plaintiff's motion for entry of a default judgment; and directing the Clerk of Court to enter judgment in favor of Plaintiff and against Defendants Atlantic Fine Arts Services, Inc. and Ellsworth F. Lank, Jr., jointly and severally, in the amount of $795,000.00 in damages, $50,181.12 in prejudgment interest, and $196.02 per diem in interest from August 1, 2011 until the date of entry of judgment, in the amount of $25,482.60; it is

      ORDERED and ADJUDGED that the unopposed Report and Recommendation of Magistrate Judge Ramon E. Reyes, Jr., is adopted in its entirety; that Plaintiff's motion for entry of a default judgment is granted; and that judgment is hereby entered in favor of Plaintiff Interested Underwriters at Lloyd's, London subscribing to policy number BO5801C0917980, as subrogee of Amshield Limited, Mohan Murjani, and Guni Murjani, and against Defendants

JUDGMENT
11-CV- 0569 (DLI)

Atlantic Fine Arts Services, Inc. and Ellsworth F. Lank, Jr., jointly and severally, in the total amount of $870,663.72.

Dated: Brooklyn, New York
       December 09, 2011

S/DCP

DOUGLAS C. PALMER
Clerk of Court